UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

XINYANG WU,

|  | **STIPULATION OF DISMISSAL** |
| Plaintiff, | **WITHOUT PREJUDICE** |

v.

Civil Action No.
26-cv-0606

TODD BLANCHE, Acting
Attorney General of the United
States of America; MARKWAYNE
MULLIN, Secretary of the
Department of Homeland Security;
SCOTT VELEZ, New York
District Director, U.S. Department
of Homeland Security ("DHS");
United States Citizenship and
Immigration Services ("USCIS"), [1]

(Garaufis, J.)

Defendants.

------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Albertson, New York
     April 20, 2026

LAW OFFICES OF WEI GU, ESQ., P.C.
*Counsel for Plaintiff*
55 Amherst Road
Albertson, New York 11507

By:   /s/ Wei Gu
_____

Wei Gu, Esq.
(718) 600-6886
weigulaw@gmail.com

---

[1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit; therefore, Acting U.S. Attorney General Blanche has been substituted for former U.S. Attorney General Bondi; DHS Secretary Mullin has been substituted for former DHS Secretary Noem, and USCIS New York District Director Velez has been substituted for former USCIS New York District Director Houghton.

Dated: Central Islip, New York
      April 22 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By:     MARY DICKMAN   Digitally signed by MARY DICKMAN
                                     Date: 2026.04.22 14:29:31 -04'00'

Mary M. Dickman
Assistant U.S. Attorney
(631) 715- 7863
mary.dickman@usdoj.gov

**So Ordered.**

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 4/23/26